Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Cheryl L. McClain                                    Docket No. 00-00173-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Cheryl L. McClain, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Pittsburgh, Pennsylvania, on the 18th day of December 2000, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall be placed on home detention for a period of six months.
- The defendant shall not possess a firearm or destructive device.
- The defendant shall not unlawfully possess a controlled substance.
- The defendant shall pay any restitution balance through monthly installments of not less than 20 percent of her gross monthly income.
- The defendant shall provide the Probation Office with access to any requested financial information.
- The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless she is in compliance with the installment payment schedule.
- The defendant shall participate in a mental health treatment program as directed by the probation officer.
- The defendant shall not hold a position of employment that allows her access to money, bank accounts, or financial records unless full disclosure has been made to the employer and in addition such employment has the approval of the probation officer.
- The defendant shall notify the United States Attorney for this district within 30 days of any change of her mailing address that occurs while any portion of the restitution remains unpaid.
- The defendant shall pay restitution in the amount of $158,500.
- The defendant shall pay a $100 special assessment.

| | |
|---|---|
| 12/18/00: | Bank Embezzlement; 1 day custody in U.S. Marshal's Office; to be followed by 5 years' supervised release. |
| 12/18/00: | Released to supervision; Currently supervised by U.S. Probation Officer Shannon Smith Meyers. |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that, to date, restitution in the amount of $121,805 has been paid, leaving a balance of $36,695. The Probation Office respectfully recommends that this case be permitted to close at expiration, effective December 17, 2005, with restitution owing. Mrs. McClain is aware that she will remain responsible for this debt and must continue to make payments upon the closing of this case.

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 00-00173-001 be allowed to expire as scheduled with the restitution due and owing and the case be closed.

|  |  |
|---|---|
| **ORDER OF COURT** | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this _____ day of _____, 20 ____ and ordered filed and made a part of the records in the above case. | Executed on 10/13/05 |
| | _Shannon Smith Meyers_ |
| | Shannon Smith Meyers |
| | U.S. Probation Officer |
| _____ | _Paul J. Dippolito_ |
| Senior U.S. District Judge | Paul J. Dippolito |
| | Supervising U.S. Probation Officer |
| | Place:  Pittsburgh, PA |